# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED
AS MODIFIED

Judge Edward J. Davila

MARIA CRUZ

Plaintiff(s),

CASE NO. 5:11-cv-03849-EJD

v.

WACHOVIA now doing business as WELLS FARGO
BANK, N.A.; REGIONAL TRUSTEE SERVICES
CORPORATION and DOES 1 through 50, inclusive,
Defendant(s).

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

—————————————————————/

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)  see Order
- ☑ Mediation (ADR L.R. 6)  ~~provided that defendants' out of state representatives can appear telephonically.~~

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

————————————————————————————————————

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order
  referring the case to an ADR process unless otherwise ordered.)*  see Order
- ☑ other requested deadline ~~the later of 90 days after the case is at issue or May 13, 2012.~~

Dated: November 10, 2011                           /s/ Wendell J. Jones
                                                   **Attorney for Plaintiff** Maria Cruz

Dated: November 10, 2011                           /s/ Leigh O. Curran
                                                   **Attorney for Defendant** Wells Fargo Bank, N.A., etc.

Dated: November 10, 2011                           /s/_____Nicolas Daluiso_____
                                                   Attorney for Defendant Regional Trustee Services Corp.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☑ Mediation ~~Defendants' out-of-state representative may appear telephonically.~~
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☑ other ~~the later of 90 days after case is at issue or May 13, 2012~~  ←

the later of: 1) 90 days after the operative complaint is not subject to any pending motions to dismiss, and 2) May 13, 2012

If Defendants wish to be excused from appearing at the mediation in person, they shall make that request pursuant to the procedures set forth by ADR L.R. 6-10.

IT IS SO ORDERED.

Dated: November 15, 2011

EDWARD J. DAVILA
UNITED STATES DISTRICT        JUDGE