UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

MARIA CRUZ

        Plaintiff(s),

        v.

WACHOVIA now doing business as WELLS FARGO BANK, N.A.; REGIONAL TRUSTEE SERVICES CORPORATION and DOES 1 through 50, inclusive,
        Defendant(s).
_____/

CASE NO. 5:11-cv-03849-EJD

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☑ Mediation (ADR L.R. 6) ~~provided that defendants' out of state representatives can appear telephonically.~~   [see Order]

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*   [see Order]
- ☑ other requested deadline ~~the later of 90 days after the case is at issue or May 13, 2012.~~

Dated: November 10, 2011        /s/ Wendell J. Jones
                                    Attorney for Plaintiff Maria Cruz

Dated: November 10, 2011        /s/ Leigh O. Curran
                                    Attorney for Defendant Wells Fargo Bank, N.A., etc.

Dated: November 10, 2011        /s/ Nicolas Daluiso
                                    Attorney for Defendant Regional Trustee Services Corp.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation ~~Defendants' out-of-state representative may appear telephonically.~~
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other ~~the later of 90 days after case is at issue or May 13, 2012~~ ← the later of: 1) 90 days after the operative complaint is not subject to any pending motions to dismiss, and 2) May 13, 2012

If Defendants wish to be excused from appearing at the mediation in person, they shall make that request pursuant to the procedures set forth by ADR L.R. 6-10.
IT IS SO ORDERED.

Dated: November 15, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT    JUDGE