1  WENDELL J. JONES, (# 202302)
2  1901 South Bascom Avenue, Suite 333
   Campbell, CA 95008
3  Telephone/ Facsimile: (408) 371-7589

4  Attorneys for Plaintiff
   MARIA CRUZ
5
6  Robert A. Bailey (#214688)
      rbailey@afrct.com
7  Leigh O. Curran (#173322)
      lcurran@afrct.com
8  ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
9  199 S. Los Robles Ave., Suite 600
   Pasadena, California 91101-2459
10 Tel: (626) 535-1900
11 Fax: (626) 577-7764

12 Attorneys for Defendant WELLS FARGO BANK, N.A.,
   successor by merger to Wells Fargo Bank, Southwest,
13 N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings
   Bank, FSB sued as "Wachovia now doing business as
14 Wells Fargo Bank, N.A." ("Wells Fargo")

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 | MARIA CRUZ, an individual                    | CASE NO.: 5:11-cv-03849-EJD
19 |                                              |
   |            Plaintiff,                        | [Assigned to The Honorable Edward J.
20 |                                              | Davila]
   |        vs.                                   |
21 |                                              | STIPULATION TO DISMISSAL WITH
   | WACHOVIA now doing business as WELLS         | PREJUDICE
22 | FARGO BANK, N.A.; REGIONAL TRUSTEE           |
   | SERVICES CORPORATION and DOES 1 through      |
23 | 50, inclusive,                               |
24 |                                              |
   |            Defendants.                       |
25

IT IS SO ORDERED
[signature]
Judge Edward J. Davila
12/9/2011

95451/000923/00187581-2                              5:11-CV-03849-EJD
                                                     STIPULATION TO DISMISSAL

This stipulation is entered into by and between Plaintiff Maria Cruz and Defendant Wells Fargo Bank, N.A, successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued as "Wachovia now doing business as Wells Fargo Bank, N.A.") ("Wells Fargo").

The parties acknowledge and agree that Wells Fargo is under no obligation to modify the loan that is the subject of this action, or review the loan for modification; however, Wells Fargo is willing to do so under the terms and conditions described below:

A. The subject of this action is the loan to plaintiff made by Wells Fargo's predecessor in interest, World Savings Bank, FSB (the "Loan"), which is secured by a deed of trust against the property located at 5443 Lean Avenue, San Jose, California (the "Property").

B. Plaintiff desires that Wells Fargo perform a modification review of the Loan.

C. Wells Fargo is agreeable to performing such review so long as plaintiff dismisses this action with prejudice.

The parties stipulate and agree:

1. This action shall be dismissed with prejudice upon the filing of this stipulation.

2. Plaintiff shall have seven (7) days to submit to Wells Fargo a written request for modification and all documentation required by Wells Fargo. Wells Fargo will perform a modification review of the Loan and will notify plaintiff of its decision on the modification request in writing.

3. No trustee's sale of the Property shall be held until at least 30 days after Wells Fargo's written notification of the decision regarding loan modification.

//
//
//
//
//

4. Counsels' facsimile signatures shall be the equivalent of original signatures for all purposes.

Date: December 7, 2011            WENDELL J. JONES


By: ___/s/ Wendell J. Jones_____
     Attorney for Plaintiff MARIA CRUZ


Date: December 7, 2011            ANGLIN, FLEWELLING, RASMUSSEN
                                  CAMPBELL & TRYTTEN LLP


By: : ___/s/ Leigh O. Curran_____
Attorneys for Defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB sued as "Wachovia now doing business as Wells Fargo Bank, N.A."


IT IS SO ORDERED.
The Clerk shall close this file.

Dated: December 9, 2011           _____
                                  United States District Judge

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

**STIPULATION TO DISMISSAL WITH PREJUDICE**

on all interested parties in said case addressed as follows:

*Served Electronically via the Court's CM/ECF System:*

| *Counsel for Plaintiff,*<br>*MARIA CRUZ:* | *Counsel for Defendant,*<br>*REGIONAL TRUSTEE SERVICES*<br>*CORPORATION:* |
|---|---|
| Wendell J. Jones<br>The Law Office of Wendell J. Jones<br>1901 S. Bascom Ave., Suite 333<br>Campbell, CA 95008<br>Tel/Fax: 408.371.7589 | Nicolas Daluiso<br>ndaluiso@robinsontait.com<br>Robinson Tait, P.S.<br>710 Second Avenue, Suite 710<br>Seattle, WA 98104<br>Tel: 206.676-9640; Fax: 206.676.9659 |

☒   **FEDERAL:**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed at Pasadena, California, on **December 8, 2011**.

| Kimberly Wooten | /s/ Kimberly Wooten |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |